UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE THE ZUERCHER TRUST OF 1999.

Case No. 26-cv-03652-EMC

**ORDER DENYING APPELLANT'S MOTION TO SUPPLEMENT RECORD**

Docket No. 4

Ms. Hujazi has moved to supplement the record on appeal. The motion appears to be moot. She seeks to ensure that Docket Nos. 1198 and 1202-03 in the underlying bankruptcy docket sheet are included as part of the record. However, these documents appear to be designated already. If not, the Trustee does not oppose their inclusion. To the extent Ms. Hujazi seeks to include any additional documents as part of the record on appeal, she has not sufficiently addressed them in her motion. The Court notes, however, that Ms. Hujazi cannot include as part of the record on appeal any documents that were not filed before the bankruptcy court orders being challenged were issued. *See In re Hujazi*, No. C-26-2856 EMC (N.D. Cal.) (Docket No. 10) (order).

This order disposes of Docket No. 3.

**IT IS SO ORDERED**.

Dated: June 3, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California